IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Criminal No. 1:16-CR-135-LO |
| v. | ) | |
| | ) | Honorable Liam O'Grady |
| AHMAD SAYED HASHIMI, | ) | |
| a/k/a "Jimmy" | ) | Trial:   September 26, 2016 |
| a/k/a "Jimmy Jimski" | ) | |
| a/k/a "Jamshaid" | ) | |
| | ) | |
| Defendant. | ) | |

**GUILT PHASE EXHIBIT LIST OF THE UNITED STATES**

| EXHIBIT | DESCRIPTION |
|---|---|
| **Photographs** | |
| 1 | Photograph of Ahmad Sayed Hashimi |
| 2 | Photograph of H.D |
| 3 | Photograph of M.A |
| 4 | Photograph of M.A.A. |
| 5 | Photograph of C.B. |
| 6 | Photograph of E.C. |
| 7 | Photograph of M.W. |
| 8 | Photograph of S.B. |
| 9 | Photograph of F.G.A. |
| 10 | Photograph of M.O. |
| 11 | Photograph of G.C. |
| 12 | Photograph of TGI Fridays in Alexandria |
| 13 | Photograph of I.K. |
| 14 | Photograph of N.K. |
| **Documents Associated with H.D.** | |
| 15 | Email from Ahmad Sayed Hashimi with False Prescription |
| 15A | Certificate of Authenticity |
| 16 | Picture taken by H.D. of Ahmad Hashimi with Cash |
| 17 | H.D. Medical Records from George Washington Memorial Hospital |

1

| EXHIBIT | DESCRIPTION |
|---|---|
| Vehicle Photographs | |
| 18 | Photograph of Blue Lexus: blood in back seat |
| 19 | Photograph of Blue Lexus: blood on window |
| 20 | Photograph of Blue Lexus: blood in back seat |
| 21 | Photograph of Blue Lexus: front view of car |
| 22 | Photograph of Blue Lexus: blood on back of driver's seat) |
| 23 | Photograph of Blue Lexus: blood on window |
| 24 | Photograph of Blue Lexus: blood on window |
| 25 | Photograph of Blue Lexus: blood on back seat |
| 26 | Photograph of Blue Lexus: blood on window |
| 27 | Photograph of Blue Lexus: blood on backdoor interior |
| 28 | Photograph of Blue Lexus: blood on window |
| | Documents Associated with E.C. |
| 29 | False Prescription Used by E.C. |
| 30 | Picture of E.C. and Ahmad Sayed Hashimi |
| 31 | Picture of E.C., Ahmad Sayed Hashimi, and P.I. |
| | Financial Records |
| 32 | Summary Chart of Deposits and Withdrawals Reviewing Capital One Accounts: 1104, 2708, 3728, 0704, 7582, 0690 |
| 33 | Capital One Account Records for Accounts: 1104, 3728, 0704, 0690 |
| 33A | Certificate of Authenticity |
| 34 | Capital One Account Records for Accounts: 0704, 7582 |
| 34A | Certificate of Authenticity |
| 35 | Capital One Account Records for Accounts: 2708 |
| 36 | Capital One Account Records for Accounts: 7582 |
| 37 | Capital One Account Records for Accounts: 1104, 2708, 3728, 0704, 7582, 0690 |
| 38 | Capital One Account Records for Accounts: 2708 |
| 39 | Central Mortgage Records |
| 39A | Certificate of Authenticity |
| | Controlled Substances Recovered During Controlled Purchase |
| 40 | Cocaine received during controlled purchase |
| 40A | DEA Chemical Test Results- Cocaine |
| 41 | Morphine received during controlled purchase |

| EXHIBIT | DESCRIPTION |
|---|---|
| 41A | DEA Chemical Test Results- Morphine |
| 42 | Non-controlled substance received during controlled purchase |
| 42A | DEA Chemical Test Results- No Controlled Substance |
| **Recordings from Controlled Purchase** | |
| 43 | Segment of FBI Audio Recording from July 23, 2015 |
| 43A | FBI Audio Recording from July 23, 2015 |
| 44 | Picture of Hashimi in Orange Shirt During Controlled Purchase in July 23, 2015 |
| 45 | Picture of Hashimi Entering Van During Controlled Purchase in July 23, 2016 |
| 46 | Picture of Hashimi Closing Van Door During Controlled Purchase in July 23, 2017 |
| 47 | Segment of FBI Video Recording from July 23, 2015 |
| 47A | FBI Video Recording from July 23, 2015 |
| **Videos Taken by Defendant During Controlled Purchase** | |
| 48 | Video #1 Ahmad Sayed Hashimi took of self during controlled purchase |
| 49 | Video #2 Ahmad Sayed Hashimi took of self during controlled purchase |
| 50 | Video #3 Ahmad Sayed Hashimi took of self during controlled purchase |
| **Jail Call Recordings** | |
| 51 | Segment of Recorded conversation on October 6, 2014 from Fairfax Detention Center |
| 51A | Transcript |
| 51B | Recorded conversation on October 6, 2014 from Fairfax Detention Center |
| 52 | Segment of Recorded conversation on January 7, 2014 from Alexandria Detention Center |
| 52A | Transcript |
| 52B | Recorded conversation on January 7, 2014 from Alexandria Detention Center |
| 53 | Segment of Recorded conversation on April 9, 2014 from Alexandria Detention Center |
| 53A | Transcript |
| 53B | Recorded conversation on April 9, 2014 from Alexandria Detention Center |
| 54 | Segment of Recorded conversation on March 20, 2014 from Alexandria Detention Center |
| 54A | Segment of Recorded conversation on March 20, 2014 from Alexandria Detention Center |
| 54B | Transcript |
| 54C | Recorded conversation on March 20, 2014 from Alexandria Detention Center |
| 55 | Segment of Recorded conversation on April 6, 2014 from Alexandria Detention Center |
| 55A | Transcript |
| 55B | Recorded conversation on April 6, 2014 from Alexandria Detention Center |

| EXHIBIT | DESCRIPTION |
|---|---|
| 56 | Segment of Recorded conversation on September 3, 2014 from Bureau of Prisons Hazleton, WV |
| 56A | Transcript |
| 56B | Recorded conversation on September 3, 2014 from Bureau of Prisons Hazleton, WV |
| 57 | Segment of Recorded conversation on June 30, 2014 from Bureau of Prisons Hazleton, WV |
| 57A | Segment of Recorded conversation on June 30, 2014 from Bureau of Prisons Hazleton, WV |
| 57B | Transcript |
| 57C | Recorded conversation on June 30, 2014 from Bureau of Prisons Hazleton, WV |
| 58 | Segment of Recorded conversation on July 6, 2014 from Bureau of Prisons Hazleton, WV |
| 58A | Transcript |
| 58B | Recorded conversation on July 6, 2014 from Bureau of Prisons Hazleton, WV |
| 59 | Segment of Recorded conversation on August 27, 2014 from Bureau of Prisons Hazleton, WV |
| 59A | Transcript |
| 59B | Recorded conversation on August 27, 2014 from Bureau of Prisons Hazleton, WV |
| 60 | Segment of Recorded conversation on July 14, 2014 from Fairfax Detention Center |
| 60A | Segment of Recorded conversation on July 14, 2014 from Fairfax Detention Center |
| 60B | Transcript |
| 60C | Recorded conversation on July 14, 2014 from Fairfax Detention Center |
| **Plea Agreements** | |
| 61 | Plea Agreement of H.D. |
| 62 | Plea Agreement of M.A. |
| 63 | Plea Agreement of C.B. |
| **Grand Jury Testimony** | |
| 64 | Grand Jury Testimony of E.C. |
| 65 | Grand Jury Testimony of Special Agent Andrew Lenhart |
| **Defendant's Prior Convictions** | |
| 66 | Ahmad Sayed Hashimi Certified Conviction for Possession of a Controlled Substance |
| 67 | Ahmad Sayed Hashimi Certified Conviction for Possession of Marijuana with Intent to Distribute |
| 68 | Ahmad Sayed Hashimi Certified Conviction for Distribution of Marijuana |

| EXHIBIT | DESCRIPTION |
|---|---|
| **Stipulations** | |
| 69 | Proposed Stipulation for Chemical Test of Drug Results |
| 70 | Proposed Stipulation for Recorded Jail Calls |
| 71 | Proposed Stipulation for Cellphone Extractions |
| 72 | Proposed Stipulation for Bank Recorded Authenticity |
| 73 | Proposed Stipulation Authenticity of Prescription |

Respectfully Submitted,

Dana J. Boente
United States Attorney

        /s/
Whitney Dougherty Russell
Assistant United States Attorney
Sean Michael Welsh
Special Assistant United States Attorney
United States Attorney's Office
Justin Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
703-299-3700