IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 1:16cr-135 |
| ) | |
| AHMAD HASHIMI ) | |

## ORDER

UPON CONSIDERATION of the Bruce A. Johnson, Jr.'s Motion Requesting Appointment, and any response thereto, it is this 24 day of June 2020 hereby;

ORDERED, that the Motion Requesting Appointment is GRANTED, and s further;

ORDERED, that Attorney, Bruce A. Johnson, Jr. is hereby appointed to represent Ahmad Sayed Hashimi in the above-captioned case.

_____
Judge Liam O'Grady
For the United States District Court
Eastern District of Virginia